## SETTLEMENT AGREEMENT

This Settlement Agreement is made by and between Richard Humphries on the one hand and Coppercrest Management, LLC, Coppercrest Leveraged Mortgage Fund, LLC, Matthew Hartley and Jayne Hartley on the other hand, being all "Parties" to case number CV 12-00429-PHX-MEA, United States District Court for the District of Arizona (the "Lawsuit").

## RECITALS

A.  The parties after conferring have agreed to dismiss all claims brought by either side against the other now pending in the Lawsuit with prejudice with the parties exchanging mutual general releases.

**NOW THEREFORE**, for and in consideration of the mutual covenants contained herein and for other good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, the Parties agree as follows:

1. Releases.

    (a)  In consideration of the recitals, covenants and agreements set forth in this Agreement, and other good and valuable consideration, receipt of which is hereby acknowledged, upon the Effective Date of this Agreement, each of the Parties, for itself, himself or herself and its or his/her predecessors, principals, parents, heirs, successors, assigns, subsidiaries, affiliates, commonly controlled entities, companies, enterprises, ventures, partners, insurers, investors, attorneys, officers, shareholders, directors, agents, representatives, employees, members, managers, clients, administrators, executors, personal representatives, heirs or successors in interest and assigns, and each of them (the "Covered Parties"), does hereby release the other Party and its respective Covered Parties of and from any and all claims, demands, actions, causes of action, suits, liens, debts, obligations, promises, agreements, costs, damages, liabilities, and judgments of any kind, nature or amount whether in law or equity, whether known or unknown, anticipated or unanticipated, liquidated or unliquidated, including any and all claimed or unclaimed compensatory damages, consequential damages, interest, costs, expenses and fees (including reasonable or actual attorneys' fees) which were or could have been raised in, arise out of, relate to, or in any way, directly or indirectly, involve the Parties to this Agreement, including but not limited to all claims asserted in the Lawsuit.

    (b)  The Parties acknowledge and agree that they may hereafter discover facts different from, or in addition to, those facts known to it/him/her or which they now believe to be true with respect to any and all of the claims, demands, actions, causes of action, suits, liens, debts, obligations, damages, liabilities, judgments, costs, expenses, and fees (including reasonable attorney's fees) existing on the Effective Date of this Agreement. The Parties nevertheless agree that the releases set forth herein have been negotiated and agreed upon, notwithstanding such acknowledgment and agreement, and hereby expressly waive any and all rights which they may have under any federal or

state statute or common law principle which may provide that a general release does not extend to claims which are not known to exist at the time of execution. The Parties understand and acknowledge the significance and consequences of this waiver and assume full responsibility for any and all damages, losses, costs and expenses that may incur hereafter as a result of any of the facts, matters and events referred to in the Recitals set forth above.

2. **Notice.** Notice permitted or required by this Settlement Agreement shall be made in writing and delivered by personal delivery, overnight delivery service, or U.S. Mail, return receipt requested. It shall be addressed as follows, or at such other address that either Party may designate by written notice to the other given in accordance with this paragraph:

Richard Humphries

To: Jeffrey Strange and Associates
717 Ridge Road
Wilmette, Illinios 60091
847 256-7377

Matthew Hartley, Jayne Hartley and Coppercrest Leveraged Mortgage Fund
Coppercrest Management

To:  Nancy A. Temple
Katten & Temple LLP
542 S. Dearborn St., 14th Floor
Chicago, IL 60605
(312) 663-0800

3. **No Admissions.** Nothing in this Settlement Agreement shall in any manner, for any purpose, or under any circumstances be deemed to be, or be construed by any person as, an admission, acknowledgement or concession of the merits of any claim or defense of either Party in the Lawsuit;

4. **No Modification.** No change or modification to this Settlement Agreement shall be valid unless it is contained in writing and signed by the Parties.

5. **Governing Law.** This Settlement Agreement shall be governed by and interpreted in accordance with Arizona law without regard to conflicts of law rules.

6. **Integration.** This Settlement Agreement constitutes the entire agreement between the Parties with respect to the settlement of any and all claims between them as

of the date hereof and supersedes all prior discussions, agreements, and understandings, both written and oral, between the Parties with respect to those claims.

   7. **Successors and Assigns.** This Settlement Agreement shall be binding upon and inure to the benefit of the Parties hereto and each of their respective successors and assigns.

   8. **Execution in Counterparts.** This Settlement Agreement may be executed in multiple counterparts, each of which shall be deemed an original, and shall be effective when executed by all Parties. Facsimile and pdf signatures to this Agreement shall be acceptable and binding.

   9. **Titles & Headings.** Titles and headings of sections of this Settlement Agreement are for convenience of reference only and shall not affect the construction of any provision of this Settlement Agreement.

_____
Richard B. Humphries
Date: 2-12-13

_____
Jane Hartley
Jayne
Date: 2-13-13

_____
Matthew Hartley
Date: 2-13-13

Coppercrest Management, LLC
By: Matthew Hartley
Its: Manager
Date: 2-13-13

Coppercrest Leveraged Mortgage Fund, LLC
By Coppercrest Management LLC, Manager
By: Matthew Hartley, Manager
Its: Manager
Date: 2-13-13

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RICHARD B. HUMPHRIES,<br>      Plaintiff,<br><br>   v.<br><br>COPPERCREST LEVERAGED MORTGAGE<br>FUND LLC, A DELAWARE LIMITED<br>LIABILITY COMPANY; COPPERCREST<br>MANAGEMENT LLC, A DELAWARE<br>LIMITED LIABILITY COMPANY<br>JAYNE A. HARTLEY; and MATTHEW R.<br>HARTLEY,<br><br>      Defendants. | 12-CV-00429 |

Nancy A. Temple, Katten & Temple LLP
542 South Dearborn Street, Suite 1060
Chicago, IL 60605

**NOTICE OF FILING**

   Please take notice the undersigned, an attorney of record in this cause, deposes and states on oath that he filed the Joint *Settlement Agreement*, a copy of which is attached hereto, with the Clerk of the US District Court for Arizona, by electronic transmission pursuant to the Court's General Order on Electronic Case Filing, Local Rule 5.3 (a) (1) and Fed.R.Civ.P. 5(b)(2)(D) and 5 (b)(3), on the 1st day of March 2013 before the hour of 6:00 p.m.

                                                                        */s/ Jeffrey Strange*

**CERTIFICATE OF SERVICE**

   The undersigned, an attorney of record in this cause, deposes and states on oath that he served the abovementioned documents, copies of which are attached hereto, upon the foregoing party, by electronic transmission pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/ Electronic Case Filing System, on March 1st, 2013

                                                                        */s/ Jeffrey Strange*

Jeffrey Strange & Associates
717 Ridge Road
Wilmette, Illinois 60091
(847) 256-7377; (847) 256-1681 fax
jstrangelaw@aol.com