UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RICHARD B. HUMPHRIES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COPPERCREST LEVERAGED MORTGAGE ) <br> FUND LLC, A DELAWARE LIMITED ) <br> LIABILITY COMPANY; COPPERCREST ) <br> MANAGEMENT LLC, A DELAWARE ) <br> LIMITED LIABILITY COMPANY ) <br> JAYNE A. HARTLEY; and MATTHEW R. ) <br> HARTLEY, ) <br> ) <br> Defendants. ) | 12-CV-00429 |

**PROPOSED ORDER GRANTING DISMISSAL WITH PREJUDICE**

WHEREAS PLAINTIFF filed suit against defendants captioned herein;

WHEREAS the parties have settled the case and have resolved all differences between them;

IT IS ORDERED:

1. The case shall be dismissed with prejudice.