IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard B. Humphries, | ) |
| Plaintiff, | ) CIV 12-00429 PHX MEA |
| v. | ) ORDER |
| Coppercrest Leveraged Mortgage Fund, LLC, Coppercrest Management LLC, Matthew Hartley, Jayne A. Hartley, | ) |
| Defendants. | ) |

All of the parties to this matter have consented to the exercise of magistrate judge jurisdiction, including the entry of final judgment.

**IT IS ORDERED that** the Order to Show Cause at Doc. 54 is deemed satisfied.

**IT IS FURTHER ORDERED that**, pursuant to the Notice of Settlement at Doc. 55, this matter is **dismissed with prejudice**, each party to bear its own attorneys' fees and costs.

DATED this 1st day of March, 2013.

_____
Mark E. Aspey
United States Magistrate Judge